STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Severa_Keith@fd.org

Counsel for Defendant Zhang Wang

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KERI ZHANG WANG, <br><br> Defendant. | **Case No.:** CR 19–0523 EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

 IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Maia Perez, and defendant Keri Zhang Wang through her attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on October 23, 2019, in the Eastern District of California, be modified to permit the Pretrial Services Officer to allow Ms. Zhang Wang to travel to Fairbanks and Anchorage, Alaska, from March 6, 2020 through March 12, 2020.  Ms. Zhang Wang will provide her travel itinerary to the United States Pretrial Officer.  The purpose of this travel is to visit Alaska with family.

 Pretrial Services does not object to travel outside the district.  Ms. Zhang Wang is currently in compliance with her conditions of release.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the parties request that the Court exercise its authority to modify the Conditions of Release and Appearance, as stipulated.

IT IS SO STIPULATED

February 25, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
SEVERA KEITH
Assistant Federal Public Defender

February 25, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S/
MAIA PEREZ
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL
*ZHANG WANG*, CR 19–0523 EJD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 19–0523 EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| KERI ZHANG WANG, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Keri Zhang Want to travel to Fairbanks and Anchorage, Alaska from March 6 through March 12, 2020.  The Defendant will provide her travel itinerary to the United States Pretrial Officer.

IT IS SO ORDERED.

Dated: _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE