United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERI ZHANG WANG,<br><br>Defendant. | Case No. 5:19-cr-00523-EJD-1<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE**<br><br>Re: Dkt. No. 38 |

On December 17, 2020, Defendant filed an Emergency Ex Parte Motion to Extend Self-Surrender Date. Dkt. No. 38. Defendant seeks to extend her self-surrender date from January 6, 2021 to May 10, 2021 in order to maintain her student visa and to avoid COVID-19 infection rates at FCI Dublin. The government opposes the motion, asserting that Defendant is already subject to deportation, regardless of her self-surrender date, because Defendant falsely stated she was not "employed" in her student visa application, when in fact, she was working and continued to work by engaging in illegal turtle smuggling. Dkt. No. 41. The government also argues that Defendant fails to specify what prejudice she will suffer if she begins her sentence as scheduled and overstays her visa. Lastly, the government argues that Defendant is not entitled to any preferential treatment based on her immigration status. Nevertheless, the government does not oppose a 60-day continuance of Defendant's self-surrender date due to the COVID-19 pandemic.

Case No.: 5:19-cr-00523-EJD-1
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE

1

In the absence of the government's opposition, the Court grants a 60-day continuance. Defendant's self-surrender date is extended to 2:00 p.m. on March 7, 2021.

**IT IS SO ORDERED.**

Dated:  December 22, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cr-00523-EJD-1
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE

2