UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERI ZHANG WANG,<br><br>Defendant. | Case No. 19-cr-00523-EJD-1<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE**<br><br>Re: Dkt. No. 43 |

On March 3, 2021, Defendant filed an Emergency Motion to Extend Self-Surrender Date. Dkt. No. 43. Defendant seeks to extend her self-surrender date from March 7, 2021 to May 10, 2021 in order to maintain her student visa. The government objects to the motion (communication to the court via email dated March 1, 2021) based upon the previous opposition filed on December 21, 2020 (Dkt. No. 41) to the Defendant's prior emergency ex parte motion filed December 17, 2020 (Dkt. No. 38). The Court notes the governments objection. The Court grants a continuance. Defendant's self-surrender date is extended to 2:00 p.m. on March 18, 2021.

**IT IS SO ORDERED.**

Dated: March 3, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 19-cr-00523-EJD-1
ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE

1